**Ollie L. FRASIER, Plaintiff-Appellant,**

**v.**

**Elliot L. RICHARDSON, Secretary of Health, Education and Welfare, Defendant-Appellee.**

**No. 29836**
**Summary Calendar.\***

United States Court of Appeals,
Fifth Circuit.

Nov. 9, 1970.

Rehearing Denied Dec. 17, 1970.

---

\* Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I.

N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.

Charles Tyler Clark, Birmingham, Ala., Hawkins & Rhea, Gregory S. Cusimano, Gadsden, Ala., for plaintiff-appellant.

Kathryn H. Baldwin, William D. Appler, Dept. of Justice, Washington, D. C., William D. Ruckelshaus, Asst. Atty. Gen., Wayman G. Sherrer, U. S. Atty., for defendant-appellee.

Before GEWIN, GOLDBERG, and DYER, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]